FORM 9 (Rev. 11/93)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### Western

FILED
2011 FEB 22 PM 2: 23
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In the matter of:　　　　　　　　　　　　　Case No. 03-30763 S
NEWLAND, FRANK MARION
NEWLAND, JILL ANN　　　　　　　　　　　Chapter 7

Judge RICHARD L. SPEER

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $1,271.92 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Alltel<br>One Allied Drive<br>Little Rock, AR 72201 | 6<br>√#110  #129305 | 69.65 |
| American Electric Power<br>PO Box 2021<br>Roanoke, VA 24022 | 6<br>√#112  #129306 | 94.50 |